**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1709**

_____

NED L. PARKER, JR.,

Plaintiff - Appellant,

versus

CITY OF CHARLESTON POLICE DEPARTMENT,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  C. Weston Houck, District Judge. (CA-00-965-2-12)

_____

Submitted:  July 12, 2001        Decided:  July 19, 2001

_____

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ned L. Parker, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ned L. Parker, Jr., appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Parker v. City of Charleston Police Dep't, No. CA-00-965-2-12 (D.S.C. Apr. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED